IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10342
Conference Calendar
_____

JOSEPH REED,

Plaintiff-Appellant,

versus

LORIE WILLS, CAPTAIN, STEPHEN JEFFCOAT, LIEUTENANT; JULIUS
HORTON, LT; LOIS REILLY, RN; CINDY HEYMER, LT; FRANK J. SEARS,
JR., SGT; TENA M. FARRINGTON, CO-III; NFN SKINNER, CO-III;
CHRISTOPHER LUCAS, CO-III; KENNETH WILLINGHAM, CO-III,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:97-CV-65
- - - - - - - - - - -

February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Texas prisoner Joseph Reed, No. 634538, is BARRED from
proceeding in forma pauperis (IFP) under the Prison Litigation
Reform Act of 1995 (PLRA) because, on at least three prior
occasions while incarcerated, Reed has brought an action or
appeal in a United States court that was dismissed as frivolous.

_____

[*]This matter is being decided by a quorum. 28 U.S.C. §
46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

See Reed v. Wilkinson, No. 97-22347 (5th Cir. Apr. 10, 1998)(complaint dismissed as frivolous in district court; appeal dismissed as frivolous); Reed v. Scott, No. 97-11347 (5th Cir. June 17, 1998)(affirming district court's dismissal of complaint as frivolous); see 28 U.S.C. § 1915(g); Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996).  Accordingly, Reed's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  This appeal is DISMISSED.

Reed has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED.  APPEAL DISMISSED.